850

No. 74–6526.  STRATTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–6534.  TAYLOR *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–6536.  PENA-OZUNA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–6537.  VAN HORN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–6538.  MILLER *v.* FORD, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 74–6539.  O'CLAIR *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 74–6540.  MANZO *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 74–6541.  SHADD *v.* FIREMAN'S FUND INSURANCE Co.  C. A. 3d Cir.  Certiorari denied.

No. 74–6542.  SHADD *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–6543.  BORUSKI *v.* STEWART ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–6544.  GUBINS *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 74–6545.  PATRICK *v.* INDIANA.  Ct. App. Ind. Certiorari denied.

No. 74–6549.  LOZANO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.